United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN-SUN MOON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE PRICEWATERHOUSECOOPERS LLP, INC. SHORT TERM DISABILITY PLAN, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02195-SVK<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**<br><br>Re: Dkt. No. 10 |

On March 31, 2020, Plaintiff Min-Sun Moon filed this action against Defendants PriceWaterHouseCoopers LLP, Inc. Short Term Disability Plan ("Defendant PriceWaterHouseCoopers") and Defendant Hartford Life and Accident Insurance Company ("Defendant Hartford"). Dkt. 1. On May 1, 2020, Plaintiff Defendant Hartford filed a stipulation dismissing Defendant Hartford from this action without prejudice. Dkt. 10. The Court directs the parties to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure for guidance on how to voluntarily dismiss an action without a court order. Specifically, Rule 41(a)(1)(A)(i) permits the filing of "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Court **ORDERS** Plaintiff to file a voluntary dismissal of Defendant Hartford by **May 14, 2020**. If Plaintiff does not file a dismissal by this date, the Court will reassign the case to a District Judge with a recommendation that it be dismissed. Additionally, the Court **ORDERS** Plaintiff to submit a status report by **May 14, 2020**, detailing the status of service on Defendant PriceWaterHouseCoopers.

**SO ORDERED.**

Dated: May 4, 2020

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge